

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

2003 Chevrolet 1500 PU, Vin #1GCEC19T63Z252738, et al., Appellants

No. 06-13-00136-CV      v.

The State of Texas, Appellee

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV41739). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED FEBRUARY 7, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk